UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELDRIDGE JOHNSON,

    Plaintiff(s),

v.

UNITED AIR LINES, INC., et al.,

    Defendant(s).
_____/

No. C 12-02730 MMC

**ORDER REASSIGNING CASES**

And Related Cases:

Ecung, Mario v. United Airlines, Inc. et al. 3:15-cv-00456 HSG
Miller, Leon v. United Airlines, Inc. et al. 3:15-cv-00457 TEH
Palmer, Xavier v. United Airlines, Inc. et al. 3:15-cv-00458 HSG
Montgomery, United Airlines, Inc. et al. 3:15-cv-00459 VC
Gadson, Annette v. United Airlines, Inc. et al. 4:15-cv-00460 JSW
Noble, Paul C. v. United Airlines, Inc. et al. 3:15-cv-00461 JST
Jones Jr., Johnnie E. v. United Airlines, Inc. et al. 3:15-cv-00462 CRB
Robinson, Frederick v. United Airlines, Inc. et al. 4:15-cv-00463 YGR
Roane, Glen v. United Airlines, Inc. et al. 3:15-cv-00464 WHO
Ricketts, David v. United Airlines, Inc. et al. 3:15-cv-00465 EMC
Tom, Lester v. United Airlines, Inc. et al. 3:15-cv-00466 SI
Haynie, Terry v. United Airlines, Inc. et al. 4:15-cv-00467 YGR
Crocker, Sal v. United Airlines, Inc. et al. 3:15-cv-00468 CRB
Manswell, Anthony v. United Airlines, Inc. et al. 3:15-cv-00469 WHO
Minter, Karl v. United Airlines, Inc. et al. 3:15-cv-00470 EMC
Washington, Erwin v. United Airlines, Inc. et al. 4:15-cv-00471 JSW
Wilson, Darryl v. United Airlines, Inc. et al. 3:15-cv-00472 VC
Sherman, Leo v. United Airlines, Inc. et al. 3:15-cv-00473 WHO
Haney, Ken v. United Airlines, Inc. et al. 3:15-cv-00474 MMC
John, Richard v. United Airlines, Inc. et al. 3:15-cv-00475 TEH
Briscoe, Odie v. United Airlines, Inc. et al. 3:15-cv-00476 HSG
Hartsfield, Terrence v. United Airlines, Inc. et al. 3:15-cv-00477 JST
_____/

    The Executive Committee having determined that these "related cases," filed individually after a motion to sever the twenty three plaintiffs in case number C 12-02730 MMC was granted, should be assigned to one judge in the interest of avoiding duplication of effort and conserving judicial resources, and to enable efficient case management,

hereby REASSIGNS to Judge Vince Chhabria, the original case and the "related cases" not already assigned to him. Any hearing dates set in the reassigned cases are VACATED, however any previously set briefing schedules remain in effect.

**IT IS SO ORDERED.**

Dated: March 12, 2015

_____
PHYLLIS J. HAMILTON
Chief District Judge for the
Executive Committee